CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
DEC - 7 2007
JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| DOUGLAS WAYNE DUDLEY,<br>Plaintiff, | Civil Action No. 7:07-cv-00572 |
| v. | **FINAL ORDER** |
| DON W. FARLEY, <u>et al.</u>,<br>Defendants. | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby

**ADJUDGED** and **ORDERED**

that this action is **DISMISSED** without prejudice pursuant to 42 U.S.C. § 1997e(a) for failure to exhaust all available administrative remedies. Any pending motions are hereby **DENIED** as **MOOT**, and this case is hereby **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send copies of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 7th day of December, 2007.

/s/ Jackson L. Kiser
Senior United States District Judge